UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin D. Hall</u>

        v.                       Civil No. 08-cv-352-PB

<u>State of New Hampshire</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 30, 2009, no objection having been filed.

    SO ORDERED.


August  9, 2009                      <u>***/s/ Paul Barbadoro***</u>
                                           Paul Barbadoro
                                           United States District Judge


cc:    Kevin D. Hall, pro se